

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00201-CV

_____

SOLOY, L.L.C., Appellant

V.

EAGLEMED, L.L.C., Appellee

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-267462-13

Before Pittman, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Agreed Motion to Dismiss Appeal Against EagleMed, L.L.C.." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: February 28, 2019